The Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| SUSAN MARIE DUNAGAN and CHRISTOPHER DUNAGAN, a marital community,<br><br>Plaintiffs,<br><br>v.<br><br>I-FLOW CORPORATION,<br><br>Defendant. | NO. C10-5083 RBL<br><br>ORDER GRANTING DEFENDANT I-FLOW CORPORATION'S MOTION TO TEMPORARILY STAY ALL PROCEEDINGS<br><br>NOTE ON MOTION CALENDAR: MARCH 26, 2010 |

This matter having come on for hearing before the undersigned judge of the above entitled court on Defendant I-Flow Corporation's Motion to Temporarily Stay All Proceedings, the parties being represented by counsel, this Court having reviewed the pleadings submitted in support of this motion and being fully advised in the premises, now, therefore,

IT IS ORDERED that Plaintiffs' Defendant I-Flow Corporation's Motion to Temporarily Stay All Proceedings is GRANTED. All proceedings, including all pretrial discovery, motion practice, summary jury trials, and trials on the merits are hereby stayed pending the Judicial Panel on Multidistrict Litigation adjudication of the Motion for Transfer and Consolidation of Related Cases filed on November 30, 2009.

ORDER GRANTING DEFENDANT I-FLOW CORPORATION'S MOTION TO TEMPORARILY STAY ALL PROCEEDINGS- 1 (C10-5083 RBL)

2770019.1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

1    IT IS FURTHER ORDERED that all proceedings in cases commenced in this District
2 after the date of this order that concern similar ambulatory pain pump-chondrolysis products
3 liability claims shall also be stayed pending the determination of the Judicial Panel on
4 Multidistrict Litigation.

5    IT IS SO ORDERED.

6    DATED this 8th day of April, 2010.

    _____
    RONALD B. LEIGHTON
    UNITED STATES DISTRICT JUDGE

PRESENTED BY:

s/ Arissa M. Peterson, WSBA #31875
Eric J. Neiman, WSBA #14473
Attorneys for Defendant I-Flow Corporation
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA  98101-2380
Telephone:  (206) 628-6600
Fax:  (206) 628-6611
Email:  apeterson@williamskastner.com

ORDER GRANTING DEFENDANT I-FLOW CORPORATION'S
MOTION TO TEMPORARILY STAY ALL PROCEEDINGS- 2
(C10-5083 RBL)

2770019.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600